UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALICE MARIE CHAVEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-03373 |
| § | |
| BRANCH BANKING AND TRUST § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON STIPULATION

On this day the Court considered the unopposed stipulation of dismissal with prejudice submitted by the plaintiff, Alice Marie Chavez (Dkt. No. 17) and finds that plaintiff's request has merit and should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that all claims in the above-entitled and numbered cause that were or could have been asserted by the plaintiff against defendant be dismissed with prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

It is so ORDERED.

SIGNED on this 27th day of January, 2020.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1